# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>CASEY J. KIPLINGER | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number:   **3:15-mj-0028 CMK** |

**THE DEFENDANT:**

[ ]   pleaded guilty to count(s): ____.
[X]   pleaded nolo contendere to counts(s) _1_ which was accepted by the court.
[X]   count 2 dismissed.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.6(a) | Cut/Damage Timber, Tree or Other Forest Product Not Authorized by Permit | 11/06/2014 to 10/17/2015 | 1 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

1/20/2016
Date of Imposition of Judgment

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1/20/2016
Date

DEFENDANT:   Casey J. Kiplinger, Case No. 3:15-mu-0028 CMK

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>five (5) years</u> .   The defendant shall comply with the following terms and conditions of probation.

   1. The defendant shall not commit another federal, state, or local crime.

   2.  The defendant shall pay restitution to the United States Forest Service, Lassen National Forest, 2550 Riverside Drive, Susanville, California 96130, in the sum of $3,000.00

   3.  The defendant shall not obtain a commercial fuel wood permit from the United States Forest Service during the term of probation.

   4.  The defendant shall pay a special assessment of $10.00 to the U.S. District Court, 501 I Street, Sacramento, California 95814, forthwith.

   5.  The defendant is committed to the custody of the Bureau of Prisons for a period of two days.  Defendant is given credit for two days previously served in federal custody.